FILED

04/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 23-0746

_____

## IN THE MATTER OF THE ESTATE OF WARREN DAN EDDLEMAN

_____

## ORDER GRANTING UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

_____

On Appeal from the Montana Thirteenth Judicial District Court, Yellowstone County, Docket No. DP 22-0300, the Honorable Judge Thomas Pardy, Presiding

_____

Pursuant to Appellant's Uncontested Motion, under Rule 26(1), Mont. R. App. P.,

**IT IS HEREBY ORDERED** that the Appellants are granted an extension of time to prepare, file, and serve their opening brief on or before May 10, 2024.

DATED this _____ day of April, 2024.


_____
CHIEF JUSTICE


Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 11 2024